# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

Dinty Moore, )
                      Plaintiff, )
vs. )No. 04-0474-CV-W-FJG
U.S. Dentools, Inc., )
                      Defendant. )

## ORDER

On September 14, 2005, plaintiff submitted a notice of defendant U.S. Dentools, Inc., commencing bankruptcy proceedings in the United States Bankruptcy Court, District of Kansas, Case No. 05-21086. Pursuant to 11 U.S.C. § 362, which provides for an automatic stay when a bankruptcy proceeding is pending, this action as against defendant U.S. Dentools is stayed pending the outcome of defendant's current bankruptcy proceeding. The parties shall submit a status report every 60 days from the date of this Order until the completion of bankruptcy proceedings.

    **IT IS SO ORDERED.**

                                                  /s/Fernando J. Gaitan, Jr.
                                                  Fernando J. Gaitan, Jr.
                                                  United States District Judge

Dated:   September 15, 2005
Kansas City, Missouri